Anthony MOZEE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53332.

Missouri Court of Appeals,
Western District.

Submitted July 7, 1997.

Decided Sept. 30, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 25, 1997.

Application for Transfer Denied
Jan. 27, 1998.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Anthony Mozee appeals the denial of his Rule 24.035 motion for post-conviction relief, after an evidentiary hearing. Mozee contends that the motion court clearly erred in ruling that trial counsel was not ineffective.

Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 84.16(b).